# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH REYNOLDS, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ARL CREDIT SERVICES, INC., DONETTE JABLONSKI, AND RICHARD JABLONSKI,<br><br>Defendants. | 8:15CV25<br><br>ORDER |

This matter is before the Court for the joint oral motion for approval of the Amended Class Notice to be sent to class members in this case. The parties filed a Supplemental Evidence Index (Filing No. 34) including the Amended Class Action Notice (Filing No. 34-1). The Amended Class Action Notice reflects information from the Court's Order certifying the class and preliminarily approving the parties' settlement. (Filing No. 33.) Specifically, the Amended Class Action Notice states the deadlines for class members to take action to object, enter an appearance, and states when class members may appear for the hearing on final approval. The Amended Class Notice also states the amount of attorney fees and costs sought by Plaintiff's counsel and clarifies that the recovery for the class is based on a per letter basis. The Court concludes that the parties' joint motion should be granted and the Amended Class Notice be approved. Accordingly,

IT IS ORDERED:

1. The parties' joint oral motion for approval of the Amended Class Notice is granted; and

2. The Amended Class Notice (Filing No. 34-1) is approved for mailing to the class.

Dated this 3rd day of October, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge